UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>            v.<br><br>$27,309 IN UNITED STATES CURRENCY<br>SEIZED FROM JOSUE FEBO SOTO AT<br>BOSTON LOGAN INTERNATIONAL AIRPORT<br>ON MARCH 10, 2017,<br>              Defendant. | )<br>)<br>)<br>)   Civil Action No. 17-11551-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT AND ORDER OF FORFEITURE**

**SAYLOR, D.J.**

WHEREAS, on August 18, 2017, the United States filed a Verified Complaint for Forfeiture *In Rem* (the "Complaint"), alleging that the United States had probable cause to believe that the following property was subject to forfeiture to the United States, pursuant to 21 U.S.C. § 881(a)(6):

    a) $27,309 in United States currency, seized from Josue Febo Soto at Boston Logan International Airport, on March 10, 2017 (the "Defendant Currency");

WHEREAS, on September 8, 2017, this Court issued a Warrant and Monition, directing the United States Marshal Service to give notice to all persons concerned, that the Complaint had been filed, and to arrest and retain the Defendant Currency in its custody;

WHEREAS, notice of the Warrant and Monition was sent to all interested parties, including Josue Febo Soto, Damarie Soto, and to their counsel, Joseph F. Krowski, Jr., Esq., and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on September 12, 2017, and ending on October 11, 2017;

WHEREAS, no other claims have been filed, and the time to do so has expired; and

WHEREAS, on February 2, 2018, this Court issued an Entry of Default, and the United States has requested that this Court enter a Final Judgment and Order of Forfeiture.

This Court, having allowed Plaintiff's Request for Notice for Entry of Default and Plaintiff's Motion for Final Judgment and Order of Forfeiture, and now, upon request of the Plaintiff and affidavits demonstrating that the United States is entitled to the forfeiture of the Defendant Currency in the sum of $27,309, and that Josue Febo Soto and Damarie Soto are not infants or incompetent persons or in the military service of the United States, it is hereby ORDERED, ADJUDGED and DECREED:

1. That judgment be entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Currency is hereby forfeited to the United States of America, pursuant to 21 U.S.C. § 881(a)(6);

3. That any claims of interest of any party, including Josue Febo Soto and Damarie Soto, claiming any right, title, or interest in or to the Defendant Currency, are hereby held in default and dismissed;

4. That the United States of America, through the United States Marshals Service, shall retain the Defendant Currency in its secure custody and control, and shall dispose of it in accordance with United States Department of Justice policy regarding the disposition of forfeited property and applicable law; and

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED and ORDERED in Boston, Massachusetts, this  22nd   day of  February , 2018.

/s/ F. Dennis Saylor IV
United States District Judge